**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| BRENDA WALKER,<br>ELETHRIOS SHIZAS,<br>JUNIOUS PITTMAN,<br>ROBERT HITT,<br><br>      Plaintiffs,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:12cv547<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

Plaintiffs Brenda Walker and Elethrios Shizas, by counsel, hereby notify this Honorable Court that they have resolved their claims against Defendant Asset Acceptance, LLC, and a dismissal order with respect to this matter will be tendered to the Court for its consideration shortly.

                                        Respectfully submitted,
                                        **BRENDA WALKER** and
                                        **ELETHRIOS SHIZAS**

                                        By_____/s/_____
                                              Of Counsel

Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Telephone:    (703) 273-7770
Facsimile:     (888) 892-3512
janelle@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

David N. Anthony
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:   (804) 697-5410
Facsimile:   (804) 697-5118
david.anthony@troutmansanders.com

Virginia B. Flynn
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:   (804) 697-1200
Facsimile:   (804) 697-1339
virginia.flynn@troutmansanders.com

*Counsel for the Defendant*

                                                      /s/
                                      Janelle E. Mason, VSB No. 82389
                                      *Counsel for the Plaintiffs*
                                      Consumer Litigation Associates, P.C.
                                      1800 Diagonal Road, Suite 600
                                      Alexandria, VA 22314
                                      Telephone:   (703) 273-7770
                                      Facsimile:   (888) 892-3512
                                      janelle@clalegal.com